UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES M. STEVENS,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS et al.,

    Defendants.
_____/

Case No. 1:17-cv-495

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's federal claims be DISMISSED WITH PREJUDICE on grounds of failure to state a claim, immunity, and mootness, pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

IT IS FURTHER ORDERED that Plaintiff's state-law claims be DISMISSED WITHOUT PREJUDICE.

Dated:   June 23, 2017          /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      United States District Judge