UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES M. STEVENS,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

_____/

Case No. 1:17-cv-495

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

Defendants Trinity Services Group, Inc. and Lois Laroe filed a motion for Rule 54(b) separate and final judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on October 22, 2020, recommending that this Court deny the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 202) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the motion for Rule 54(b) separate and final judgment (ECF No. 188) is DENIED.

Dated: November 20, 2020

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge