UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES M. STEVENS, #155008,           )
                          Plaintiff,  )
                                      )          No. 1:17-cv-495
-v-                                   )
                                      )          Honorable Paul L. Maloney
MICHIGAN DEPARTMENT OF CORRECTIONS,   )
et al.,                               )
                         Defendants.  )
 _____)

## JUDGMENT

The Court has resolved all pending claims.  As required by Rule 58 of the Federal

Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED:**

Date:    September 7, 2021                            /s/  Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge